IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                        CASE NO. 4:13CR00076-01 BSM

ISAAC SIDNEY THOMAS                                                         DEFENDANT

## ORDER

Defendant Isaac Sidney Thomas's motion to reconsider [Doc. No. 42] is denied. Thomas's motion to set aside his guilty plea was denied because he was competent to enter his guilty plea. This finding was based on the following factors: he appeared perfectly lucid at the time of trial; nothing indicated that he was either intoxicated or high or had consumed drugs or alcohol; and, he stated under oath that he had consumed no drugs or alcohol that made it difficult for him to understand the ramifications of entering a guilty plea. Now, he submits an affidavit stating that his plea should be set aside because he was "partying or using alcohol or drugs" the night before trial. Notwithstanding the fact that Thomas is now alleging he committed perjury, his motion to reconsider is denied because, based on the factors taken into consideration when his plea was entered, Thomas was competent to enter his guilty plea.

IT IS SO ORDERED this 30th day of December 2013.

UNITED STATES DISTRICT JUDGE